■ REGINALD SAN CLEMENTE, Appellant, v HERCULES NY ADVERTISING, INC., et al., Respondents. [735 NYS2d 767] —Order, Supreme Court, New York County (Milton Tingling, J.), entered May 10, 2001, which denied plaintiff's motion for a default judgment, unanimously reversed, on the law and the facts, without costs, unless defendants pay plaintiff $100 within 30 days of service of a copy of this order with notice of entry, in which event the order is affirmed, without costs.

A default judgment is unwarranted in view of the lack of prejudice to plaintiff, defendants' showing of a meritorious defense and the short delay in serving an answer. However, we impose a penalty of $100 in view of defendants' weak showing with respect to the cause of delay. Concur—Nardelli, J.P., Andrias, Saxe, Sullivan and Rubin, JJ.

■ MARK ARABATZIS, Respondent, v RHA TRANS CORP. et al., Appellants. [735 NYS2d 767] —Order, Supreme Court, New York County (Richard Lowe, III, J.), entered on or about October 11, 2000, which, in an action for personal injuries sustained when the taxi cab in which plaintiff was a passenger and owned and operated by defendants collided with the rear end of another vehicle, granted plaintiff's motion for summary judgment on the issue of liability, unanimously affirmed, without costs.

Defendants failed to present a nonnegligent explanation for the failure to maintain a safe distance between cars (*see, Mitchell v Gonzalez*, 269 AD2d 250, 251). Concur—Williams, J.P., Tom, Mazzarelli, Rosenberger and Ellerin, JJ.

■ AINE GLAVEY, Appellant, v STEPHEN LATZMAN et al., Respondents. [735 NYS2d 770] —Order, Supreme Court, New York County (Sherry Klein Heitler, J.), entered October 13, 2000, which denied plaintiff's motion to reject the Special Referee's report recommending, after a traverse hearing, dismissal of the complaint for lack of personal jurisdiction, unanimously affirmed, without costs.

The complaint was properly dismissed as against both defendants for failure to show that either was properly served pursuant to CPLR 308 (2). Concur—Williams, J.P., Tom, Mazzarelli, Rosenberger and Ellerin, JJ.